UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA HOWERTON,

      Plaintiff,

                                          Case No. 25-cv-13478
v.                                        Honorable Linda V. Parker

DANA INCORPORATED, et al.,

      Defendants.
_____/

## ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS [ECF NO. 10]

      Melinda Parker, on behalf of a putative class, initiated this lawsuit against Defendants on October 31, 2025. (ECF No. 1.) On December 12, Defendants filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1). (ECF No. 10.) On December 31, an Amended Complaint was filed naming Laura Howerton as the putative class representative. (ECF No. 11.)

      As a result of the amendment, the Complaint to which the motion to dismiss is directed has been superseded and the motion is moot. *See Glass v. The Kellogg Co.*, 252 F.R.D. 367, 368 (W.D. Mich. 2008) (citations omitted); *Ky. Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005) (citing *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000) (holding that the

amended complaint supersedes all previous complaints and becomes the operative pleading)).

Accordingly,

**IT IS ORDERED** that the motion to dismiss (ECF No. 10) is **DENIED AS MOOT**.

s/ Linda V. Parker<br>
LINDA  V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: January 5, 2026